# UNITED STATES BANKRUPTCY COURT
## MIDDLE **DISTRICT OF** FLORIDA
TAMPA **DIVISION**

In Re:                                    §
                                          §
JS Enterprises of Florida, Inc.           §        Case No. 8:16-bk-06728-CED
                                          §
            Debtor                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. DAUVAL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 5,663.00            Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 901,962.60    Claims Discharged
                                                Without Payment: NA

Total Expenses of Administration: 591,691.03

3) Total gross receipts of $3,533,653.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $2,040,000.00 (see **Exhibit 2**), yielded net receipts of $1,493,653.63 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $NA | $NA | $NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 591,691.03 | 591,691.03 | 591,691.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 183.03 | 183.03 | 183.03 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,560,327.00 | 2,118,069.56 | 2,118,152.38 | 901,779.57 |
| **TOTAL DISBURSEMENTS** | $2,560,327.00 | $2,709,943.62 | $2,710,026.44 | $1,493,653.63 |

4)  This case was originally filed under chapter 7 on 08/04/2016.  The case was pending for 55 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2021 _____  By:/s/RICHARD M. DAUVAL _____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Regions Bank Checking 4458 | 1129-000 | 18,516.31 |
| Regions Bank Checking 4466 | 1129-000 | 100.00 |
| Term policy on R.Roy Jackson | 1129-000 | 135,000.00 |
| Potential Claims For Fraudulent Transfers | 1141-000 | 718,865.91 |
| Possible Claims against EnerSys | 1149-000 | 2,578,315.80 |
| TAX REFUNDS | 1224-000 | 81,855.61 |
| Term Insurance Policy on Deborah Clemons | 1229-000 | 1,000.00 |
| TOTAL GROSS RECEIPTS | | $3,533,653.63 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| EnerSys | Non-Estate Funds Paid to Third Parties | 8500-000 | 2,040,000.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $2,040,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $NA | $NA | $NA | $NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. DAUVAL | 2100-000 | NA | 68,059.61 | 68,059.61 | 68,059.61 |
| RICHARD M. DAUVAL | 2200-000 | NA | 286.54 | 286.54 | 286.54 |
| Associated Bank | 2600-000 | NA | 8,747.92 | 8,747.92 | 8,747.92 |
| Nicholas Shuster | 2690-000 | NA | 10,388.93 | 10,388.93 | 10,388.93 |
| Phillip Polly | 2690-000 | NA | 1,585.68 | 1,585.68 | 1,585.68 |
| Clerk of the U. S. Bankruptcy Court | 2700-000 | NA | 1,400.00 | 1,400.00 | 1,400.00 |
| United States Treasury | 2810-000 | NA | 27,777.04 | 27,777.04 | 27,777.04 |
| Alabama Department of Revenue | 2820-000 | NA | 540.00 | 540.00 | 540.00 |
| Richard M. Dauval Esq. | 3110-000 | NA | 11,909.00 | 11,909.00 | 11,909.00 |
| Richard M. Dauval Esq. | 3120-000 | NA | 7.91 | 7.91 | 7.91 |
| Trenam Kemker Scharf Barkin Frye O'Neill & Mullis, P. A. | 3210-000 | NA | 376,559.50 | 376,559.50 | 376,559.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trenam Kemker Scharf Barkin Frye O'Neill & Mullis, P. A. | 3220-000 | NA | 13,516.10 | 13,516.10 | 13,516.10 |
| Alvin Hagerich, CPA | 3410-000 | NA | 12,092.50 | 12,092.50 | 12,092.50 |
| Alvin L. Hagerich, CPA | 3410-000 | NA | 8,172.50 | 8,172.50 | 8,172.50 |
| Alvin Hagerich, CPA | 3420-000 | NA | 275.00 | 275.00 | 275.00 |
| Alvin L. Hagerich, CPA | 3420-000 | NA | 72.80 | 72.80 | 72.80 |
| Foley & Lardner Trust Account | 3721-000 | NA | 500.00 | 500.00 | 500.00 |
| MUFG | 3991-000 | NA | 5,250.00 | 5,250.00 | 5,250.00 |
| TVPX ARS | 3991-000 | NA | 44,550.00 | 44,550.00 | 44,550.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $591,691.03 | $591,691.03 | $591,691.03 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Florida - Department of Revenue | 5800-000 | NA | 183.03 | 183.03 | 183.03 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $183.03 | $183.03 | $183.03 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enersys Advanced Systems, In | | 520,327.00 | NA | NA | 0.00 |
| | Debra Clemons | 7100-000 | NA | 13,500.00 | 13,500.00 | 13,500.00 |
| 2 | Debra Clemons | 7100-000 | 2,040,000.00 | 2,104,569.56 | 2,104,569.56 | 888,279.57 |
| | State of Florida - Department of Revenue | 7200-000 | NA | 0.00 | 82.82 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $2,560,327.00 | $2,118,069.56 | $2,118,152.38 | $901,779.57 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-06728 | CED | Judge: | Caryl E. Delano | Trustee Name: | RICHARD M. DAUVAL |
| Case Name: | JS Enterprises of Florida, Inc. | | | | Date Filed (f) or Converted (c): | 08/04/2016 (f) |
| | | | | | 341(a) Meeting Date: | 09/07/2016 |
| For Period Ending: | 02/08/2021 | | | | Claims Bar Date: | 11/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Regions Bank Checking 4458 | 8,304.00 | 8,304.00 | | 18,516.31 | FA |
| 2.  Regions Bank Checking 4466 | 100.00 | 100.00 | | 100.00 | FA |
| 3.  Bradley, Arant, Boult, Cummings, LLP | 5,663.00 | 5,663.00 | | 0.00 | FA |
| 4.  Term policy on R.Roy Jackson | 90,000.00 | 90,000.00 | | 135,000.00 | FA |
| 5.  Term Insurance Policy on Deborah Clemons (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 6.  Potential Claims For Fraudulent Transfers | 0.00 | 1,000,000.00 | | 718,865.91 | FA |
| 7.  Possible Claims against EnerSys | 0.00 | 1,000,000.00 | | 2,578,315.80 | FA |
| 8.  TAX REFUNDS (u) | 0.00 | 54,678.57 | | 81,855.61 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $104,067.00          $2,159,745.57          $3,533,653.63          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

checks have all cashed, bank account closed, pull file for TDR - Richard Dauval 2/4/2021
ran distribution - Richard Dauval 12/28/2020
upload COD - Richard Dauval 12/10/2020
serve NFR - Richard Dauval 11/11/2020
submit TFR to UST - Richard Dauval 10/26/2020
obtained no tax assessment from IRS, obtained final fee application from the CPA, pulled file for TFR - Richard Dauval 10/26/2020
follow up with CPA on status of tax returns with IRS - Richard Dauval 8/13/2020
order approving attorneys fees for Trenam, cut check - Richard Dauval 6/22/2020
tax returns signed and filed - Richard Dauval 5/27/2020
settlement proceeds in - Richard Dauval 5/7/2020
escrow agent to disburse net their fees. - Richard Dauval 4/30/2020
order approving settlement entered and appeal period passed, forward instructions to escrow agent, email with CPA - Richard Dauval 4/28/2020
hearing set on motion to approve settlement - Richard Dauval 3/18/2020
motion to approve settlement filed - Richard Dauval 2/22/2020
attend deposition with Enersys ahead of summary judgment hearing - Richard Dauval 1/8/2020
met with counsel on update with dispute over hold back  - Richard Dauval 11/6/2019

Exhibit 8

provide clemons with current escrow statement, discussed discovery and settlement with counsel - Richard Dauval 9/24/2019

reviewed federal and state returns, issued AL tax check - Richard Dauval 9/12/2019

paid AL State taxes outstanding - Richard Dauval 9/5/2019

cut checks to Polly and Shuster - Richard Dauval 8/23/2019

call with counsel for the estate re: how to prosecute our four main complaints against Enersys - Richard Dauval 8/5/2019

payment to Clemons as per court order at Dkt. No. 156 - Richard Dauval 7/31/2019

Special Counsel Interim Fee App approved, issued check to counsel - Richard Dauval 6/25/2019

CPA advised to pay the fees  / tax to Alabama DOR, mailed check out - Richard Dauval 5/31/2019

update with Lori re: Clemons request for interim distribution - Richard Dauval 5/13/2019

call with bank questioning fluctuating fee charged - Richard Dauval 5/10/2019

Request for Abatement of Taxes  denied by the IRS. I cut a check for outstanding obligation. Email to bank questioning fluctuating bank fee and request for information on options for interest bearing products available to the estate, if any - Richard Dauval 4/22/2019

I am still considering pursuing Asset 3, depending on the amount of work Debtor's counsel ends up doing in the case. I am pursuing Asset #7, and it is being litigated currently - Richard Dauval 2/8/2019

update provided to escrow holder from Enersys dispute, rev/ adversary, 5 day trial set for September 2019 - Richard Dauval 2/5/2019

call to Prudential re: statement re: disability insurance (Erin Benjamin, Prudential x87668) - Richard Dauval 1/22/2019

emails with Clemons and Lori V. re: subpoenas recently issued and the upcoming rescheduled preliminary hearing - Richard Dauval 1/9/2019

letter from the IRS that last return was not selected for audit, reply to prompt determination - Richard Dauval 12/14/2018

deposit net settlement funds in from Trenam trust account - Richard Dauval 12/6/2018

Clemons paid, penalty letter in from IRS, provide same to CPA for discussion on having it waived. - Richard Dauval 11/30/2018

email with Lori re: settlement with Clemons, provide her with authority to resolve the same. - Richard Dauval 11/20/2018

Rev/ breakdown of total tax refund from 3 941x returns, add to notes - Richard Dauval 11/1/2018

Reviewed and executed Alabama Business Privilege Tax Return, mailed same with check for taxes owed - Richard Dauval 10/18/2018

correspondence with Lori and Mike Z. about tax refund received, short the settlement amount - Richard Dauval 10/15/2018

rev/ and execute 2017 Federal Tax Return and 2017 Alabama return for the Debtor - Richard Dauval 10/9/2018

court approved payment of CPA, mailed check out - Richard Dauval 10/1/2018

update on adversary, answers were due at the beginning of the month - Richard Dauval 9/13/2018

first tranche of settlement in from Jackson, via Trenam, deposit same - Richard Dauval 8/27/2018

refund of 9/30/16 941 taxes received and deposited today - Richard Dauval 8/13/2018

call with CPA about changes in tax year and no prompt determination request.  - Richard Dauval 8/1/2018

provided amended 2016 return to Alvin CPA per his request, received refund from IRS for 941 revisions - Richard Dauval 7/31/2018

Order entered authorizing interim fees to Trenam, cut check sent via Fed Ex. - Richard Dauval 6/20/2018

Motion to approve settlement with Jackson - Richard Dauval 6/15/2018

ask Enerys if they paid the copier leasing company. - Richard Dauval 6/5/2018

Mediation with Jackson, Clemons at Lynn Sherman we reached an accord.- Richard Dauval 6/5/2018

hearing today on objections to claims and Enerys objection. See notes - Richard Dauval 5/10/2018

response to Jackson's objection - Richard Dauval 5/3/2018

received net settlement proceeds, deposited same, rev/ pending objections filed by Jackson - Richard Dauval 4/30/2018

executed corrective tax forms and mailed same to respective taxing authorities - Richard Dauval 4/20/2018

installment payment in from settlement, deposit same - Richard Dauval 3/30/2018

executed amended tax returns and emailed CPA to ensure K-1s were sent out. - Richard Dauval 3/16/2018

provide wiring instructions for Shuster payment - Richard Dauval 2/13/2018

working with estate CPA to amend W-2s - Richard Dauval 2/2/2018

OG Motion to Approve Settlement entered, CPA hired - Richard Dauval 1/25/2018

emails with Lori re: pending hearing on objections to claims and rev/ draft settlement agreement - Richard Dauval 1/5/2018

call with Lori to discuss new settlement options, role that EnerSys would bring - Richard Dauval 10/13/2017

settlement negotiations continue, provided authority to my attorney to move forward with certain terms - Richard Dauval 9/25/2017

settlement negotiations continue, Jackson is not participating will continue with claim against him - Richard Dauval 8/29/2017

met with attorneys in the case, it appears the tax issues can be resolved. Working with Jen Knox to deal with maintenance issues related to escrow fees, and automatic stay - Richard Dauval 8/10/2017

there are tax implications that are affecting the viability of the mediated settlement. At request of other parties I have reached out to CPA for estate to address certain concerns - Richard Dauval 6/23/2017

emails with attorney for Clemons and Lori Vaughan about getting written mediation settlement closed. Rev/ letters from IRS re: prompt determination and rev/ invoice from Mediator, docket, order authorizing payment of fees, etc. - Richard Dauval 6/16/2017

cut check to pay Alabama taxes and submit same to State of Alabama with return, signed and submitted federal return - Richard Dauval 5/16/2017

mediations successful, all parties entered into agreement in principle, including Debra Clemons - Richard Dauval 5/10/2017

review Mediation statement, email with special counsel - Richard Dauval 5/4/2017

reviewed and signed tax returns for the Debtor, Alabama and Federal with request for prompt determination, sent out signed copies to CPA for filing and sending out K-1s. - Richard Dauval 5/4/2017

revised and submitted proposed form of order on motion to assume and assign contracts, emailed all parties advising of the same - Richard Dauval 4/24/2017

rev/ mediator's agreement, emailed with Lori Vaughan about the same, issued refundable mediator's retainer to Foley & Lardner Trust Account - Richard Dauval 4/13/2017

rev/ objections to claims and responses thereto by creditors and interested parties - Richard Dauval 3/28/2017

attended pretrial on three adversaries; all parties have agreed to a 4 party mediation, court continued the pretrial to allow time for the mediation to occur - Richard Dauval 3/28/2017

Exhibit 8

filed 4th motion to extend time to assume contract. Close to deal with EnerSys and US Military - Richard Dauval 3/21/2017

with tip from creditors counsel, researching whether DOJ claim is now barred by statute of limitation; working with Jennifer Knox on novation of contracts. Unable to get US Military contact to coordinate phone call - Richard Dauval 3/7/2017

debtor insiders have collectively filed an objection to Clemons' claim., rev/ same - Richard Dauval 2/27/2017

executed and mailed forms W-3 and W-2s to IRS and Social Security Offices - Richard Dauval 1/30/2017

email with CPA, W-2s going out today, W-3 package will be here Monday and will go out before end of the month. Review and execute the 2016 940 tax return - Richard Dauval 1/27/2017

rev/ documentation on why working capital is so low from EnerSys, circulate to creditor Clemons, call with Jennifer Knox - Richard Dauval 1/18/2017

authorized filing three complaints against fraudulent transferees - Richard Dauval 1/6/2017

payment in from Debra Clemons for insurance policies. - Richard Dauval 11/28/2016

Call with Jim Lipscomb to finalize sale of term policy to Clemons. - Richard Dauval 11/22/2016

Call with Jennifer Knox: see notes - Richard Dauval 11/22/2016

rev/ docket, follow up with David D. to discuss closing the sale of the non-exempt life insurance policy - Richard Dauval 11/17/2016

call with special counsel to summarize transfers at issue. - Richard Dauval 11/8/2016

call with Claimant Clemons and her attorneys, strategize on how to proceed, possible assets in the case. - Richard Dauval 11/4/2016

obtain certain documents related to loans to insiders, open drop box for remaining zipped files. - Richard Dauval 11/3/2016

filed app to employ CPA w decl and submitted proposed order - Kelsey 10/25/2016

generated app to employ CPA w proposed order. emailed to RMD for review/approval  - Kelsey 10/25/2016

sale notice of term policy to Debra Clemons approved by buyer, filed and served same. - Richard Dauval 10/18/2016

spoke with CPA, emailed him notices from taxing authorities seeking direction, sent affidavit to hire CPA - Richard Dauval 10/7/2016

call with lori vaughan and CPA for the Debtor, Jim Newman 727-821-6161; lm - Richard Dauval 10/6/2016

rev/ request for notice by John Marshall - Richard Dauval 10/6/2016

rev/ IRS notice, claim register and docket to verify current status with IRS - Richard Dauval 10/6/2016

call to FL DOR to discuss notice of delinquent payment - Richard Dauval 10/6/2016

sale of policy has gone through awaiting funds to transfer to estate account. - Richard Dauval 10/6/2016

True up provision of asset purchase agreement provides the basis of EnerSys claim($2.3m). - Richard Dauval 10/4/2016

two proofs of claims expected, emailing with both claimants to verify same.  Spoke with MRW Financial, insurance policy sale is on track. - Richard Dauval 10/4/2016

draft and submit order on motion to extend time, received company checks from Phil Polly, execute same to deposit into estate account - Richard Dauval 9/29/2016

filed motion to extend time to assume executory contracts - Richard Dauval 9/13/2016

call with Jennifer Knox about buyer's claim, basis for claim, true up provision of the APA, the DOJ holdback and executory contracts. Email to DA about executory contracts. call with Kerri Cox at Reed Smith re: DOJ settlement. rev/ asset purchase agreement - Richard Dauval 9/12/2016

filing notice of sale of viatacle, app to employ and compensate - Richard Dauval 9/12/2016

email to DA looking for info on the pending sale of term insurance to Robert Jackson - Richard Dauval 9/8/2016

rev/ additional documents provided by DA. Fwd. same to Lori V. - Richard Dauval 9/6/2016

provided correct bank info, called same initiate procedures - Richard Dauval 8/29/2016

call with insurance agent re: sale of term life insurance - Richard Dauval 8/29/2016

emailed and called DA for document request and info on the bank account - Richard Dauval 8/25/2016

bringing in special counsel for transfers, retaining Leavenlaw for general counsel - Richard Dauval 8/25/2016

spoke with attorney of minority owner, creditor: information on possible transfers. Amounts to insiders fail to disclose amounts used to pay personal debts of insiders, personal loans and bonuses. Large severance packages. several severance packages without any missed work. - Richard Dauval 8/19/2016

filed NOA. - Richard Dauval 8/19/2016

rev/ schedules as filed. Appears to be some potential voidable transfers, bank accounts and deposits. Email to Lori Vaughn to investigate transfers. - Richard Dauval 8/19/2016

debtor is a industrial air pressure testing facility and manufacturer of weapons components for the DOD.  They have a ware house in Pinellas Park that was sold in April 2016 for $4.5+m. 110 days prior to filing. No obvious connection between the Debtor and the Grantee.  No pending lawsuits in pinellas county found.

| RE PROP # | 5 | -- | two term plocies, sold to creditor and insured, Deborah Clemons |
| RE PROP # | 6 | -- | ** Active Litigation, Trustee Value is Mere Placeholder** |
| RE PROP # | 7 | -- | ** Active Litigation, Trustee Value is Mere Placeholder** |

Initial Projected Date of Final Report (TFR): 08/15/2017          Current Projected Date of Final Report (TFR): 12/15/2020

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-06728

Case Name: JS Enterprises of Florida, Inc.

Taxpayer ID No: XX-XXX1815

For Period Ending: 02/08/2021

Trustee Name: RICHARD M. DAUVAL

Bank Name: Associated Bank

Account Number/CD#: XXXXXX9199

Checking

Blanket Bond (per case limit): $26,699,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/29/16 | 1 | The Enser Corporation | Turnover of Bank Account of the Debtor | | 1129-000 | $18,516.31 | | $18,516.31 |
| 09/29/16 | 2 | The Enser Corporation | Turnover of Bank Account of the Debtor | | 1129-000 | $100.00 | | $18,616.31 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $10.00 | $18,606.31 |
| 10/10/16 | | TVPX ARS | sale of non exempt personal property sold term life insurance policy to third party buyer, see Report and Notice of Intention to Sell Property of the Estate filed on 9/12/2016 at Dkt. No. 24 | | 1129-000 | $90,450.00 | | $109,056.31 |
| | | | Gross Receipts | $135,000.00 | | | |
| | | | Commission to Broker | ($44,550.00) | 3991-000 | | | |
| | 4 | | Term policy on R.Roy Jackson | $135,000.00 | 1129-000 | | | |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $140.41 | $108,915.90 |
| 11/28/16 | 5 | Deborah Clemons Olsen | sale proceeds from sale of insurance policies sold term life insurance policy to the insured, see Report and Notice of Intention to Sell Property of the Estate filed on 10/18/2016 at Dkt. No. 36 | | 1229-000 | $1,000.00 | | $109,915.90 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $156.84 | $109,759.06 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $163.18 | $109,595.88 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $162.96 | $109,432.92 |

Page Subtotals: $110,066.31   $633.39

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-06728
Case Name: JS Enterprises of Florida, Inc.

Trustee Name: RICHARD M. DAUVAL
Bank Name: Associated Bank
Account Number/CD#: XXXXXX9199
Checking

Exhibit 9

Taxpayer ID No: XX-XXX1815
For Period Ending: 02/08/2021

Blanket Bond (per case limit): $26,699,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $146.96 | $109,285.96 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.47 | $109,123.49 |
| 04/13/17 | 101 | Foley & Lardner Trust Account 100 North Tampa Street, Suite 2700 Tampa, FL 33602-5810 | Mediator Retainer Payment of refundable mediator's retainer to Mark Wolfson, the mediator selected to attempt to resolve the various disputes the estate has with the principles of the Debtor and creditor of the estate. See Order Directing Parties to Participate in Global Mediation, Dkt. No. 11 in 8:17-ap-00001 (2, and 3), entered on 3/31/2017 | 3721-000 | | $500.00 | $108,623.49 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $156.74 | $108,466.75 |
| 05/16/17 | 102 | Alabama Department of Revenue P.O. Box 327320 Business Privilege Tax Section Montgomery, AL 36132-7320 | Payment of 2017 Alabama Business Privilege Tax Taxpayer EIN: 63-0921815 Payment of taxes due as authorized by court order, entered on October 25,2016 at docket entry number 39. | 2820-000 | | $110.00 | $108,356.75 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.20 | $108,195.55 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $155.67 | $108,039.88 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $160.65 | $107,879.23 |

Page Subtotals: $0.00   $1,553.69

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-06728

Case Name: JS Enterprises of Florida, Inc.

Taxpayer ID No: XX-XXX1815

For Period Ending: 02/08/2021

Trustee Name: RICHARD M. DAUVAL

Bank Name: Associated Bank

Account Number/CD#: XXXXXX9199

Checking

Blanket Bond (per case limit): $26,699,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $160.39 | $107,718.84 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.99 | $107,563.85 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $159.91 | $107,403.94 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.53 | $107,249.41 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $159.45 | $107,089.96 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $159.22 | $106,930.74 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $143.60 | $106,787.14 |
| 03/30/18 | 6 | Trenam Law Trust Account | settlement proceeds from fraudulent transfer controversy installment paid pursuant to settlement approved by court order on 1/24/2018 at docket event number 116 | 1141-000 | $25,000.00 | | $131,787.14 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.16 | $131,625.98 |
| 04/30/18 | | Trenam Law | settlement proceeds from fraudulent transfer controversy settlement approved pursuant to court order dkt no. 116 entered on January 27, 2018 | | $175,000.00 | | $306,625.98 |
| | | | Gross Receipts          $400,000.00 | | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-06728

Case Name: JS Enterprises of Florida, Inc.

Trustee Name:  RICHARD M. DAUVAL

Bank Name:  Associated Bank

Account Number/CD#:  XXXXXX9199

Checking

Taxpayer ID No: XX-XXX1815

For Period Ending: 02/08/2021

Blanket Bond (per case limit): $26,699,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Debra Clemons 204 37Th Avenue, North #456 Saint Petersburg, Fl 33704 | Paid Pursuant to Court Order Dkt. No. 116, entered on 1/27/2018  ($225,000.00) | 7100-000 | | | |
| | 6 | | Potential Claims For Fraudulent Transfers  $400,000.00 | 1141-000 | | | |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $189.36 | $306,436.62 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $455.51 | $305,981.11 |
| 06/12/18 | | United States Treasury | Federal Tax Refund 941-X Tax Refund for Quarter ending 6/30/2016 | | $5,742.28 | | $311,723.39 |
| | | | Gross Receipts  $32,919.32 | | | | |
| | | United States Treasury | Refund of 941-X taxes for Quarter ending 6/30/2016 applied to prior liabilities by the IRS  ($27,177.04) | 2810-000 | | | |
| | 8 | | TAX REFUNDS  $32,919.32 | 1224-000 | | | |
| 06/20/18 | 103 | Trenam Kemker Scharf Barkin Frye O'Neill & Mullis, P. A. 101 East Kennedy Boulevard Suite 2700 Tampa, FL 33602 | Attorney for Trustee Fees & Costs, pursuant to court order, Dkt. No. 140 | | | $91,248.60 | $220,474.79 |
| | | Trenam Kemker Scharf Barkin Frye O'Neill & Mullis, P. A. | Attorney for Trustee Fees & Costs, pursuant to court order, Dkt. No. 140  ($88,438.50) | 3210-000 | | | |
| | | Trenam Kemker Scharf Barkin Frye O'Neill & Mullis, P. A. | ($2,810.10) | 3220-000 | | | |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $406.10 | $220,068.69 |
| 07/31/18 | 8 | United States Treasury | Federal Refund of 941 Taxes | 1224-000 | $22,250.19 | | $242,318.88 |

Page Subtotals:    $27,992.47    $92,299.57

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 16-06728 | | | Trustee Name: RICHARD M. DAUVAL | | | Exhibit 9 |
| Case Name: JS Enterprises of Florida, Inc. | | | Bank Name: Associated Bank | | | |
| | | | Account Number/CD#: XXXXXX9199 | | | |
| | | | Checking | | | |
| Taxpayer ID No: XX-XXX1815 | | | Blanket Bond (per case limit): $26,699,000.00 | | | |
| For Period Ending: 02/08/2021 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $328.31 | $241,990.57 |
| 08/13/18 | 8 | United States Treasury | Refund of Overpayment of 9/30/2016 941 taxes | | 1224-000 | $26,686.10 | | $268,676.67 |
| 08/27/18 | | Trenam Law | settlement proceeds from fraudulent transfer controversy | | | $16,500.00 | | $285,176.67 |
| | | | Gross Receipts | $30,000.00 | | | | |
| | | Debra Clemons | settlement funds directly to claimant pursuant to court approved settlement, Dkt. No. 141 | ($13,500.00) | 7100-000 | | | |
| | 6 | | Potential Claims For Fraudulent Transfers | $30,000.00 | 1141-000 | | | |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $388.03 | $284,788.64 |
| 10/01/18 | 104 | Alvin Hagerich, CPA 14851 State Road 52, Unit 107-212 Hudson, FL 34669 | Accountant for Trustee Fees and Costs pursuant to court order at dkt. no. 145 entered on 9/28/2018 there appears to be a scrivner's error in the order reducing the costs authorized by $0.01. Accordingly, the check is written for the reduced amount so as to be consistent with the court order. | | | | $12,367.50 | $272,421.14 |
| | | Alvin Hagerich, CPA | Accountant for Trustee Fees pursuant to court order at dkt. no. 145 entered on 9/28/2018 | ($12,092.50) | 3410-000 | | | |
| | | Alvin Hagerich, CPA | Accountant for Trustee Costs pursuant to court order at dkt. no. 145 entered on 9/28/2018 | ($275.00) | 3420-000 | | | |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $409.79 | $272,011.35 |

| | | | Page Subtotals: | | | $43,186.10 | $13,493.63 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Case 8:16-bk-06728-CED   Doc 188   Filed 04/13/21   Page 15 of 21

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-06728

Case Name: JS Enterprises of Florida, Inc.

Trustee Name: RICHARD M. DAUVAL

Bank Name: Associated Bank

Account Number/CD#: XXXXXX9199

Checking

Exhibit 9

Taxpayer ID No: XX-XXX1815

For Period Ending: 02/08/2021

Blanket Bond (per case limit): $26,699,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/18/18 | 105 | Alabama Department of Revenue | Alabama Business Privilege Tax 2017 EIN 63-0921815 Authorized by Court Order entered on 10/25/2016 at Dkt. No. 39 | 2820-000 | | $110.00 | $271,901.35 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $406.70 | $271,494.65 |
| 12/06/18 | | Trenam Law Trust Account | settlement proceeds from fraudulent transfer controversy See Order Approving Settlement, Dkt. No. 141, entered on 7/19/2018 | | $145,126.91 | | $416,621.56 |
| | | | Gross Receipts                     $263,865.91 | | | | |
| | | Debra Clemons 204 37Th Avenue, North #456 Saint Petersburg, Fl 33704 | payment directly to creditor as        ($118,739.00) per terms of settlement agreement, see Dkt. No. 141, Order Approving Settlement | 7100-000 | | | |
| | 6 | | Potential Claims For Fraudulent        $263,865.91 Transfers | 1141-000 | | | |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $390.62 | $416,230.94 |
| 01/08/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $556.13 | $415,674.81 |
| 02/07/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $618.00 | $415,056.81 |
| 03/07/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $557.38 | $414,499.43 |
| 04/05/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $616.23 | $413,883.20 |

Page Subtotals:                                                                    $145,126.91                $3,255.06

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-06728

Case Name: JS Enterprises of Florida, Inc.

Taxpayer ID No: XX-XXX1815

For Period Ending: 02/08/2021

Trustee Name: RICHARD M. DAUVAL

Bank Name: Associated Bank

Account Number/CD#: XXXXXX9199

Checking

Blanket Bond (per case limit): $26,699,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/22/19 | 106 | United States Treasury Internal Revenue Service Ogden UT 84201-0102 | Letter LTR0854C: Dated April 4, 2019 Bankruptcy Estate Tax ID No.: 63-0921815 Paid Pursuant to BK Court Order Dkt. No. 39 entered on October 25, 2016 | 2810-000 | | $600.00 | $413,283.20 |
| 05/07/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $595.43 | $412,687.77 |
| 05/21/19 | | Transfer to Acct # xxxxxx0080 | Transfer of Funds | 9999-000 | | $412,687.77 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $526,371.79 | $526,371.79 |
| Less: Bank Transfers/CD's | $0.00 | $412,687.77 |
| Subtotal | $526,371.79 | $113,684.02 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $526,371.79 | $113,684.02 |

Page Subtotals:                    $0.00        $413,883.20

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-06728
Case Name: JS Enterprises of Florida, Inc.

Trustee Name:  RICHARD M. DAUVAL
Bank Name:  Axos Bank
Account Number/CD#:  XXXXXX0080
Checking

Exhibit 9

Taxpayer ID No: XX-XXX1815
For Period Ending: 02/08/2021

Blanket Bond (per case limit): $26,699,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/21/19 | | Transfer from Acct # xxxxxx9199 | Transfer of Funds | 9999-000 | $412,687.77 | | $412,687.77 |
| 05/31/19 | 2001 | Alabama Department of Revenue PO Box 327444 Montgomery, AL 36132-7444 | Late File Penalty / Tax Accrued post petition and payable pursuant to Order, see dkt. no 39, entered 10/25/16 | 2820-000 | | $50.00 | $412,637.77 |
| 06/25/19 | 2002 | Trenam Kemker Scharf Barkin Frye O'Neill & Mullis, P. A. 101 East Kennedy Boulevard Suite 2700 Tampa, FL  33602 | Attorney fees and costs paid pursuant to court order entered on 6/25/2019 at dkt. no 155 | | | $62,321.92 | $350,315.85 |
| | | Trenam Kemker Scharf Barkin Frye O'Neill & Mullis, P. A. | Attorney fees paid pursuant to court order entered on 6/25/2019 at dkt. no 155   ($60,498.00) | 3210-000 | | | |
| | | Trenam Kemker Scharf Barkin Frye O'Neill & Mullis, P. A. | Attorney costs paid pursuant to court order entered on 6/25/2019 at dkt. no 155   ($1,823.92) | 3220-000 | | | |
| 07/31/19 | 2003 | Debra Clemons 204 37Th Avenue, North #456 Saint Petersburg, Fl 33704 | Mediated Jackson Settlement Payment Payment to Creditor of the Estate as per Order Granting Motion to Amend Compromises of Controversy entered on July 15, 2019 at Dkt. No. 156 | 7100-000 | | $34,000.00 | $316,315.85 |
| 08/23/19 | 2004 | Nicholas Shuster c/o Paige Greenlee, Esq. Greenlee Law, PLLC 1304 S. DeSoto Avenue, Suite 203 Tampa, FL 33606 | Mediated Jackson Settlement Payment Payment to Shareholder of the Debtor /Estate as per Order Granting Motion to Amend Compromises of Controversy entered on July 15, 2019 at Dkt. No. 156 | 2690-000 | | $10,388.93 | $305,926.92 |
| 08/23/19 | 2005 | Phillip Polly c/o Scott A. Stichter, Esq. Stichter, Reidel, Blain & Postler, P.A. 110 E. Madison Street, Suite 200 Tampa, FL 33602 | Mediated Jackson Settlement Payment Payment to Shareholder of the Debtor /Estate as per Order Granting Motion to Amend Compromises of Controversy entered on July 15, 2019 at Dkt. No. 156 | 2690-000 | | $1,585.68 | $304,341.24 |

Page Subtotals:  $412,687.77  $108,346.53

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-06728

Case Name: JS Enterprises of Florida, Inc.

Taxpayer ID No: XX-XXX1815

For Period Ending: 02/08/2021

Trustee Name: RICHARD M. DAUVAL

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0080

Checking

Blanket Bond (per case limit): $26,699,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/05/19 | 2006 | Alabama Department of Revenue Individual and Corporate Tax Division Pass Thru Entity Unit PO Box 327444 Montgomery, AL  36132 | State Taxes / Penalties / Interest Assessed a late filing penalty by the state taxing authority. Paid pursuant to court order dkt. no. 39 entered on 10/25/2019 | 2820-000 | | $50.00 | $304,291.24 |
| 09/12/19 | 2007 | Alabama Department of Revenue Business Privilege Tax Section PO Box 327320 Montgomery, AL 36132-7320 | Al Business Privilege Tax Paid pursuant to court order dkt. no. 39 entered on 10/25/2019 | 2820-000 | | $110.00 | $304,181.24 |
| 05/07/20 | | Trenam Law | settlement proceeds from escrow dispute pursuant to court order entered on 4/13/2020 at dkt. no. 165 | | $533,065.80 | | $837,247.04 |
| | | | Gross Receipts                  $2,578,315.80 | | | | |
| | | EnerSys | settlement proceeds from          ($2,040,000.00) escrow dispute pursuant to court order entered on 4/13/2020 at Dkt. No. 165 | 8500-000 | | | |
| | | MUFG | escrow fees due to escrow          ($5,250.00) agent paid purusant to court order entered on 4/13/2020 at dkt. no. 165 | 3991-000 | | | |
| | 7 | | Possible Claims against          $2,578,315.80 EnerSys | 1149-000 | | | |
| 05/27/20 | 2008 | Alabama Department of Revenue Alabama Department of Revenue Business Privilege Tax Section PO Box 327320 Montgomery, AL 36132-7320 | Business Privilege Tax Payment 2020 | 2820-000 | | $110.00 | $837,137.04 |
| 06/22/20 | 2009 | Trenam Kemker Scharf Barkin Frye O'Neill & Mullis, P. A. 101 East Kennedy Boulevard Suite 2700 Tampa, FL  33602 | Attorney fees and costs paid pursuant to court order entered on 6/22/2020 at dkt. no. 172 | | | $236,505.08 | $600,631.96 |

Page Subtotals: $533,065.80     $236,775.08

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-06728

Case Name: JS Enterprises of Florida, Inc.

Trustee Name: RICHARD M. DAUVAL

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0080

Checking

Exhibit 9

Taxpayer ID No: XX-XXX1815

For Period Ending: 02/08/2021

Blanket Bond (per case limit): $26,699,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Trenam Kemker Scharf Barkin Frye O'Neill & Mullis, P. A. | Attorney fees paid pursuant to court order entered on 6/22/2020 at dkt. no. 172 | ($227,623.00) 3210-000 | | | |
| | | Trenam Kemker Scharf Barkin Frye O'Neill & Mullis, P. A. | Attorney costs paid pursuant to court order entered on 6/22/2020 at dkt. no. 172 | ($8,882.08) 3220-000 | | | |
| 12/28/20 | 2010 | RICHARD M. DAUVAL PO Box 13607 St. Petersburg, FL  33733 | Distribution | | | $68,346.15 | $532,285.81 |
| | | RICHARD M. DAUVAL | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | ($68,059.61) 2100-000 | | | |
| | | RICHARD M. DAUVAL | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | ($286.54) 2200-000 | | | |
| 12/28/20 | 2011 | Clerk of the U. S. Bankruptcy Court 801 North Florida Avenue Suite 555 Tampa FL 33602 | Filing Fees for cases 8:17-ap-00001-CED, 8:17-ap-00002-CED, 8:17-ap-00003-CED, 8:17-ap-00355-CED | 2700-000 | | $1,400.00 | $530,885.81 |
| 12/28/20 | 2012 | Richard M. Dauval Esq. Leavengood, Dauval, Boyle & Meyer, P.A. 3900 1st Street North, Suite 100 St. Petersburg, FL  33703 | Distribution | | | $11,916.91 | $518,968.90 |
| | | Richard M. Dauval Esq. | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | ($11,909.00) 3110-000 | | | |
| | | Richard M. Dauval Esq. | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | ($7.91) 3120-000 | | | |

Page Subtotals:                                              $0.00       $81,663.06

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 16-06728 | Trustee Name: RICHARD M. DAUVAL |
| Case Name: JS Enterprises of Florida, Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0080 |
| | Checking |
| Taxpayer ID No: XX-XXX1815 | Blanket Bond (per case limit): $26,699,000.00 |
| For Period Ending: 02/08/2021 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/28/20 | 2013 | Alvin L. Hagerich, CPA 14851 State Road 52, Unit 107-212 Hudson, FL 34669 | Distribution | | | $8,245.30 | $510,723.60 |
| | | Alvin L. Hagerich, CPA | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. ($8,172.50) | 3410-000 | | | |
| | | Alvin L. Hagerich, CPA | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. ($72.80) | 3420-000 | | | |
| 12/28/20 | 2014 | State of Florida - Department of Revenue Post Office Box 8045 Tallahassee, FL  32314-8045 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 5800-000 | | $183.03 | $510,540.57 |
| 12/28/20 | 2015 | Debra Clemons 204 37Th Avenue, North #456 Saint Petersburg, Fl 33704 | Final distribution to claim 2 creditor account # debtor SS#<debtor ssn masked> representing a payment of 24.26 % per court order. | 7100-000 | | $510,540.57 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $945,753.57 | $945,753.57 |
| Less: Bank Transfers/CD's | $412,687.77 | $0.00 |
| Subtotal | $533,065.80 | $945,753.57 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $533,065.80 | $945,753.57 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $518,968.90 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0080 - Checking | $533,065.80 | $945,753.57 | $0.00 |
| XXXXXX9199 - Checking | $526,371.79 | $113,684.02 | $0.00 |
| | $1,059,437.59 | $1,059,437.59 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $2,474,216.04 |
| Total Net Deposits: | $1,059,437.59 |
| Total Gross Receipts: | $3,533,653.63 |

Page Subtotals:                                    $0.00              $0.00